UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCREDITED SURETY AND CASUALTY COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CAMERIC INTERNATIONAL DEVELOPMENTS, ET AL., <br><br> Defendants. | Case No. CV 10-4100-PSG(PJWx) <br><br> J U D G M E N T |

Pursuant to the Final Order Re: Distribution of Interpleaded Funds issued on this day,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: 5/13/11 .

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-X\Accredited v. Cameric\judgment.wpd